1 Anthony Brass (SBN: 173302)
Attorney At Law
2 3223 Webster Street
San Francisco, California  94123
3 (415)922-5462 Telephone
(415)346-8987 Fax
4

Attorney for Defendant
5 JOEL ZWEIG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) NO. 3:16-CR-00208 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| JOEL ZWEIG, et. al. | ) **STIPULATION TO CONTINUE** |
|  | ) **HEARING AND [PROPOSED] ORDER** |
| Defendant, | ) |

   The parties, by and through their respective attorneys, Robin Harris, A.U.S.A. for the United States and Anthony J. Brass for the defendant Joel Zweig, hereby stipulate to continue the hearing currently set for August 17, 2016, to September 7, 2016, at 11:00 AM.

   The parties request that time be excluded in this matter from August 17, 2016 to September 7, 2016, pursuant to 18 USC Section 3161(h),  for effective prepration of counsel and complexity due to volume of discovery produced.

Dated:  August 9, 2016                                        /s/ Anthony Brass

                                                              ANTHONY BRASS


Dated:  August 9, 2016                                        /s/ Robin Harris

                                                              ROBIN HARRIS

Anthony Brass (SBN: 173302)
Attorney At Law
3223 Webster Street
San Francisco, California  94123
(415)922-5462 Telephone
(415)346-8987 Fax

Attorney for Defendant
JOEL ZWEIG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:16-CR-00208 EMC |
| ) | |
| ) | |
| ) | [PROPOSED] ORDER |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| JOEL ZWEIG, et. al. ) | |
| ) | |
| Defendant,      // | |

   GOOD CAUSE APPEARING, It Is Hereby Ordered that the hearing currently set for August 17, 2016, to September 7, 2016, at 11:00 AM.  It Is Further Ordered That time be excluded in this matter from August 17, 2016 to September 7, 2016 at 11:00 AM, pursuant to 18 USC Section 3161(h), for effective preparation of counsel and complexity due to volume of discovery produced.

By The Court,

Dated: August 10, 2016    _____
EDWARD M. C[hen]
United States Dist[rict Judge]

IT IS SO ORDERED
Judge Edward M. Chen